UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MIRANDA L. JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION, a Foreign Corporation; BLUETECH CO., a Washington Corporation; and DARIUS J. DANIELS,<br><br>Defendants. | No. 2:26-cv-00502-JHC<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL<br><br>NOTE ON MOTION CALENDAR: 09/17/2026 |

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 17th day of September, 2026.

By[1]

______________________________

Elizabeth M. Berman Lovell, WSBA No. 46428
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA 98104
Phone: 206-623-4100
Fax: 206-623-9273
Email: bermanlovell@wscd.com

[[1] Counsel's signatures appear at Dkt. # 27.]

Attorney for Defendants

DATED this ___ day of September, 2026.

By ______________________________________

Adam Cox, WSBA No. 35677
Law Offices of Harold D. Carr
4239 Martin Way E
Olympia, WA 98516-5335
Phone: 360-455-0030
Fax: 360-455-0031
Email: adam@haroldcarrattorney.com
Of Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

DATED this 17th day of September, 2026.

JOHN H. CHUN
UNITED STATE DISTRICT JUDGE